**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICHAEL G. COVINGTON,

        Petitioner,         Case Number: 03-CV-71518

v.         HON. GERALD E. ROSEN

PAUL RENICO,

        Respondent.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated  November 30, 2005 , this cause of action is DISMISSED WITH PREJUDICE.

Dated at Detroit, Michigan this  30th  day of  November , 2005.

                      DAVID J. WEAVER
                      CLERK OF THE COURT

        BY:   s/LaShawn R. Saulsberry

APPROVED:

s/Gerald E. Rosen
GERALD E. ROSEN
UNITED STATES DISTRICT JUDGE